■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX CARTER, Appellant. [638 NYS2d 386] —Judgment unani-

mously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Onondaga County Court, Mulroy, J.—Criminal Possession Weapon, 3rd Degree.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.